# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Clorenzo GRIFFEN<br>Andre JAMISON<br>Rodney RACKLEY<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No.<br><br>2:14 - MJ - 0 2 4 3   CKD |

FILED
OCT 15 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 11, 2014** in the counties of **Sutter and Yuba** in the **Eastern** District of **California**, the defendant(s) violated:

**COUNT ONE**: Conspiracy to Commit a Robbery Affecting Interstate Commerce in violation of 18 U.S.C. § 1951(a).

**COUNT TWO**: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1).

**COUNT THREE**: Brandishing a Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crime, as charged in Counts One and Two, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Brian M. Nehring
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2014

_____
*Judge's signature*

City and state: Sacramento CA

Carolyn K. Delaney, U.S. Magistrate Judge
*Printed name and title*

# Affidavit of DEA Special Agent Brian Nehring in Support of Criminal Complaint

I, Brian Nehring, Special Agent of the Drug Enforcement Administration (DEA), being duly sworn, depose and state:

1. I am a Special Agent of the Drug Enforcement Administration and have been so employed since 1991. I am currently assigned to the San Francisco Field Division, Sacramento District Office of the DEA, specifically assigned to investigate federal narcotics offenses.

2. This Affidavit is made in support of the issuance of a Criminal Complaint charging Clorenzo GRIFFEN, Andre JAMISON, and Rodney RACKLEY with the following crimes all occurring on or about October 11, 2014:

    a. **COUNT ONE**: Conspiracy to Commit a Robbery Affecting Interstate Commerce in violation of 18 U.S.C. § 1951(a).

    b. **COUNT TWO**: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1).

    c. **COUNT THREE**: Brandishing a Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crime, as charged in Counts One and Two, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

3. The information contained in this Affidavit is based upon my review of the reports and files in the case, conversations with other law enforcement personnel and my own personal knowledge. The following is not an exhaustive enumeration of the facts that I have learned during the course of the investigation. Instead, they are the facts which I believe support a finding of probable cause to issue a Federal Criminal Complaint. It should be noted that the facts listed below are not all the facts known to me during the course of this investigation and I have included just those necessary for a finding of probable cause. However, I have not knowingly omitted any potentially exculpatory facts for determination of probable cause.

4. As part of my training and experience, and in consultation with the U.S. Attorney's Office in preparing this Affidavit, I have learned that the Hobbs Act criminalizes robberies and conspiracies to rob that obstruct or otherwise affect interstate foreign commerce. 18 U.S.C. § 1951; United States v. Rodriguez, 360 F.3d 949, 954-55 (9th Cir. 2004). A conspiracy to rob drug traffickers has the requisite effect on interstate commerce because the trafficking of narcotics is a federally-regulated activity implicating interstate commerce and, therefore, federal jurisdiction exists to apply the Hobbs Act to conspiracies involving the theft of drugs from narcotics traffickers. Rodriguez, 360 F.3d at 956.

1

## Three Suspects Flee CHP Officer After Committing Armed Marijuana Robbery

5. On the afternoon of October 11, 2014, CHP Officer Tolmachoff observed a black Jeep Patriot traveling at a high rate of speed pass through the intersection of Colusa Avenue and Stabler Avenue, failing to stop for a red light, within Sutter County. Officer Tolmachoff cleared the intersection, activated his emergency lights and siren. He attempted to get into position behind the suspect vehicle.

6. Officer Tolmachoff observed the vehicle pull into a parking lot along Starr Boulevard where it came to an abrupt stop. Three suspects exited the vehicle, jumped a concrete fence, and fled on foot. Prior to fleeing on foot, Officer Tolmachoff observed the suspects throwing black bags out of the vehicle. Officer Tolmachoff observed one of the suspects, later identified as Clorenzo GRIFFEN, running southbound on Civic Center Boulevard towards the Sutter County Sheriff's Department.

7. As Officer Tolmachoff approached GRIFFEN in his patrol vehicle, GRIFFEN appeared to be reaching for a handgun in his waistband. GRIFFEN continued fleeing southbound towards the Sutter County Sheriff's Department. As GRIFFEN turned the corner of the building near the parking lot, he was confronted by a Sutter County Sheriff's Deputy. Officer Tolmachoff arrived in his patrol vehicle seconds later. The Sheriff's Deputy engaged GRIFFEN with gunfire. GRIFFEN immediately dropped his weapon and was taken into custody by Officer Tolmachoff.

8. A perimeter was established in the business complex adjacent to Starr Boulevard by responding CHP units. The two additional suspects, later identified as Andre JAMISON and Rodney RACKLEY, were apprehended hiding out near a garbage dumpster.

9. A search of the area of where JAMISON and RACKLEY were hiding revealed a black holster was located in the garbage dumpster. Officers also located four medium-sized clear plastic bags of processed marijuana and a black folding knife in the area where Officer Tolmachoff observed the three suspects jump the concrete fence.

10. Further investigation determined that GRIFFEN is a United States Marshal's Deputy from Miami, Florida.

11. At the time of his arrest, GRIFFEN possessed a 9mm, Glock 22 handgun.

12. Based upon information recovered from wallets belonging to RACKLEY and JAMISON, both appear to also be from Florida.

13. Investigators then learned that, prior to fleeing from CHP, GRIFFEN, RACKLEY, and JAMISON had robbed three individuals at gunpoint of approximately 24 pounds of marijuana. The robbery occurred at the Best Western Inn located off State Route

99. According to the victims, at the time of the robbery, the robbery crew (GRIFFEN, RACKLEY, and JAMISON) was armed and wearing police gear when they conducted the robbery.

14. The robbery victims each provided statements to law enforcements. In summary, the victims described the following. The four victims arrived at the Best Western Inn parking lot a Honda Accord. Once they arrived near the Best Western Inn, they decided to go to a nearby In & Out restaurant to eat lunch. When the three returned to the Best Western Inn parking lot, the parked the Honda with all three seated inside the Honda.

15. A black Jeep pulled behind the Honda and three black males wearing gear with "POLICE" displayed on it, got out of the Jeep and pointed guns at the three victims. The robbers asked if anyone was on probation. The robbers then pulled one of the victims out of the vehicle and asked him for his ID. Once the robbers opened the vehicle's door, the robbers grabbed a bag containing marijuana and put in their vehicle. One victim described the three suspects as black males two big and one small. He described the guns as a .40 caliber and .9mm, possibly Glocks. This victim said the victims then drove around afterwards looking for the robbers for approximately ten minutes, and that is when they got pulled over by the cops.

16. Investigators also interviewed witness Steven Blagg. Blagg was staying at the Best Western Inn. According to Blagg, he had parked his vehicle and was walking to his room when a black Honda Accord pulled into the parking lot of the hotel. He observed two individuals at that time. He then saw a dark-colored Jeep pull up a short time later. He saw three black males exit the vehicle wearing tactical gear and saying that they were, "Police." All three black males had black handguns and pancake Holsters. Blagg described the black males as two being physically fit and one being young and skinny. Blagg heard the driver of the black Honda asked them to show their identification. Blagg said one of the black males showed some sort of badge. The black males wearing Police gear approached the black Honda and began pulling out garbage bags with red strings and placing them into their vehicle. The three black males then jumped into the dark-colored Jeep and proceeded northbound on Highway 99. A short time later, Blagg saw the black Honda pull out and proceed northbound on Highway 99.

17. Agents recovered video surveillance from the Best Western Inn which corroborated the victims' and Mr. Blagg's account of the robbery.

18. Investigators returned to the concrete wall that the three suspects jumped over when they fled the scene. The concrete wall separates the business complex from the parking lot. The parking lot is located at an address of 1506 Starr Drive in Yuba City, California. In the parking lot, investigators spotted the black Jeep Patriot (suspect vehicle) with a California License plate of 7FSZ596. The vehicle was parked in a disabled parking stall with the engine still running and the right front and rear passenger doors were open.

3

19. Inside the vehicle, investigators discovered the following:

   a. One Glock 23, .40 caliber handgun with a serial number of VZR544. It was located on the right rear floorboard. The handgun contained a magazine with four rounds.

   b. A Garmin GPS located in the cut out area of the dash board.

   c. A black Samsung cell phone located in the right rear passenger's seat.

   d. 2 black garbage bags containing processed marijuana in the rear compartment of the vehicle.

   e. Two duffel bags full of miscellaneous clothes. These were located in the rear compartment of the vehicle.

   f. A black raid vest with POLICE on it, located in the right front floorboard.

   g. A blue Kevlar vest with POLICE on it, located on top of a black Under Armor duffel which was located in the left rear seat.

   h. An Apple I phone located in the center console.

   i. Earpiece for cellular telephone located in the back seat.

   j. White Nike shoes located in the back seat.

   k. Pair black Nike gloves located in the left rear passenger seat.

   l. Rental receipt from Budget rental in the name of Andre JAMISON, located in the center console.

   m. The black Under Armor duffel bag contained the following items; a silver U.S. Marshal's badge in the side pocket, a metal container with a United Firearms declaration tag, 2 sets of car keys- one Ford car key with a handcuff key attached, and one Infinity car key, an American Airlines boarding pass from Fort Lauderdale, Florida, to Sacramento, California addressed to Clorenzo GRIFFEN.

20. A total of approximately 24 pounds of processed marijuana was seized from the suspect vehicle and from the west side of the building.

21. For the reasons discussed in this Affidavit, I respectfully request that the Court issue a Criminal Complaint charging Clorenzo GRIFFEN, Andre JAMISON, and Rodney RACKLEY with each committing the following offenses:

   a. **COUNT ONE**: Conspiracy to Commit a Robbery Affecting Interstate Commerce in violation of 18 U.S.C. § 1951(a).

   b. **COUNT TWO**: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1).

   c. **COUNT THREE**: Brandishing a Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crime, as charged in Counts One and Two, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Subscribed to and sworn before me this 15th day of October 2014, at Sacramento, California.

Brian Nehring, Special Agent
Drug Enforcement Administration

CAROLYN K. DELANEY
United States Magistrate Judge

Approved as to form:

Jason Hitt
Assistant United States Attorney