AO 442 (Rev. 10/03) Warrant for Arrest

# 71969-097

9649870

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2014 OCT 15 PM 12:01

---oOo---

**UNITED STATES OF AMERICA**
**V.**

Rodney RACKLEY

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

2:14-MJ-0243 CKD

**FILED**

YOU ARE HEREBY COMMANDED to arrest Rodney RACKLEY

OCT 2 4 2014

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offenses)
COUNT ONE: Conspiracy to Commit a Robbery Affecting Interstate Commerce in Violation of 18 U.S.C. § 1951(a);
COUNT TWO: Conspiracy to Distribute and Possess with Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1);
COUNT THREE: Brandishing a Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crime, as charged in Counts One and Two, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

Carolyn K. Delaney

Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge

October 15, 2014, in Sacramento, California

Title of Issuing Officer

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Yuba City, CA | | |
| DATE RECEIVED 10-15-14 | NAME AND TITLE OF ARRESTING OFFICER BRIAN NEHRING DEA SA | SIGNATURE OF ARRESTING OFFICER *[signature]* |
| DATE OF ARREST 10-23-14 | | |